(91 South. 923)

STATE et al. v. CRUMPTON. (5 Div. 801.) (Supreme Court of Alabama. Nov. 24, 1921.) Appeal from Circuit Court, Chilton County; B. K. McMorris, Judge. Harwell G. Davis, Atty. Gen., for appellants. Grady Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed on motion of appellant.

---

(91 South. 923)

STATE ex rel. DUNSTAN v. BIRMINGHAM NEWS CO. et al. (6 Div. 588.) (Supreme Court of Alabama. Dec. 2, 1921.) Appeal from Circuit Court, Jefferson County; J. B. Aird, Judge. Bowers, Dixon & Bowron, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellees.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(92 South. 922)

TATE v. MOORE. (8 Div. 239.) (Supreme Court of Alabama. Jan. 31, 1922.) Appeal from Circuit Court, Madison County; Robert C. Brickell, Judge. Spragins & Speake and Cooper & Cooper, all of Huntsville, for appellant. R. E. Smith, of Huntsville, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(92 South. 922)

TOWNSON v. STATE. (8 Div. 349.) (Supreme Court of Alabama. Feb. 2, 1922.) Appeal from Circuit Court, Jackson County; W. W. Haralson, Judge. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of appellee.

---

(92 South. 922)

TREADAWAY v. STATE. (6 Div. 666.) (Supreme Court of Alabama. April 13, 1922.) Certiorari to Court of Appeals. Pinkney Scott, of Bessemer, for appellant. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of George Treadaway for certiorari to the Court of Appeals to review and revise the judgment of said court affirming the appeal in George Treadaway v. State of Alabama, 18 Ala. App. 409, 92 South. 529. Writ denied.

ANDERSON, C. J., and McCLELLAN, SOMERVILLE, and THOMAS, JJ., concur.

---

(92 South. 922)

TUBB v. STATE ex rel. HOGUE, Solicitor. (2 Div. 778.) (Supreme Court of Alabama. April 20, 1922.) Appeal from Circuit Court, Perry County; R. I. Jones, Judge. A. W. Stewart, of Marion, and R. B. Evins, of Greensboro, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAYRE, J. The decree will be reversed, because no note of testimony was made. Crews v. State, 89 South. 205.[1] Observations on the merits of the cause will be omitted until the court can know the testimony on which any future decree is based. Reversed and remanded.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

---

(91 South. 923)

TURNER et al. v. FREEMAN. (6 Div. 544.) (Supreme Court of Alabama. Dec. 22, 1921.) Appeal from Circuit Court, Jefferson County; J. B. Aird, Judge. Willard Drake, of Birmingham, for appellants. C. D. Comstock, of Birmingham, for appellee.

ANDERSON, C. J. There is no demurrer challenging the bill, its averments are indisputably proven, and it cannot be said that the bill was so wanting in equity as not to support the decree. Affirmed.

SAYRE, GARDNER, and MILLER, JJ., concur.

---

(91 South. 924)

UNITED STATES CAST IRON & FOUNDRY CO. v. ADAMS. (6 Div. 258.) (Supreme Court of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Stokely, Scrivner & Dominick, of Birmingham, for appellant.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(91 South. 924)

VICKERS v. STATE. (8 Div. 401.) (Supreme Court of Alabama. Nov. 3, 1921.) Certiorari to Court of Appeals. Milo Moody, of Scottsboro, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of John Vickers for certiorari to Court of Appeals to review and revise the judgment of said court rendered on the Appeal of John Vickers v. State, 18 Ala. App. 282, 91 South. 502, writ denied.

McCLELLAN, SOMERVILLE, and MILLER, JJ., concur.